| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER** (Court Use Only) |
|---|---|
| **PLAINTIFFS** | **DEFENDANTS** |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>□ Debtor □ U.S. Trustee/Bankruptcy Admin<br>□ Creditor □ Other<br>□ Trustee | **PARTY** (Check One Box Only)<br>□ Debtor □ U.S. Trustee/Bankruptcy Admin<br>□ Creditor □ Other<br>□ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
□ 11-Recovery of money/property - §542 turnover of property
□ 12-Recovery of money/property - §547 preference
□ 13-Recovery of money/property - §548 fraudulent transfer
□ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
□ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
□ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
□ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
□ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
□ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
□ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
□ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
□ 61-Dischargeability - §523(a)(5), domestic support
□ 68-Dischargeability - §523(a)(6), willful and malicious injury
□ 63-Dischargeability - §523(a)(8), student loan
□ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
□ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
□ 71-Injunctive relief – imposition of stay
□ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
□ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
□ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
□ 01-Determination of removed claim or cause

**Other**
□ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
□ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| □ Check if this case involves a substantive issue of state law | □ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR | | BANKRUPTCY CASE NO. | |
| DISTRICT IN WHICH CASE IS PENDING | | DIVISION OFFICE | NAME OF JUDGE |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | | |
| DATE | | PRINT NAME OF ATTORNEY (OR PLAINTIFF) | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In Re: Sherlon Jones | Case No. 16-32174 |
| | Adversary Case No. |
| | Chapter 7 |
| Debtor. | Judge Whipple |
| | |
| Sherlon Jones<br>5427 Glenridge Dr.<br>Toledo, Ohio, 43614 | **COMPLAINT TO RECOVER FUNDS; 11 USC §362** |
| Plaintiff | Benjamin A. Randall (0072436)<br>448 W. Woodruff Ave.<br>Toledo, Ohio 43604<br>419-243-5308 ph.<br>benjrandall@gmail.com |
| -vs- | |
| Credit Adjustments, Inc.<br>330 Florence<br>Defiance, Ohio 43512 | |
| Also Serve:<br>David Cole, Agent<br>1 Seagate<br>Suite 1645<br>Toledo, Ohio 43604 | |
| Defendant. | |

*************************

Plaintiff, Sherlon Jones, by and through counsel, Benjamin A. Randall, complaining of the Defendant, alleges:

1. This Court has original jurisdiction over this proceeding under 11 USC §362. This is a core proceeding.
2. Plaintiff is a debtor in the related Chapter 7 case filed with this Court on July 7, 2016; Case Number 16-32174. Defendant Credit Adjustments, Inc. is a creditor of the Plaintiff.
3. This is an adversary proceeding to to recover funds garnished from Plaintiff's wages post-petition in violation of 11 USC 362.
4. On November 11, 2015 Defendant obtained judgment against Plaintiff for $2,745.77 plus costs and interest in Toledo Municipal Court, case number 15-12370.
5. Defendant initiated a wage garnishment against the Plaintiff on or about January 4, 2016.
6. Defendant was served with notice of Plaintiff's bankruptcy filing at 330 Florence St., Defiance, Ohio 43512, their business address as reported to the credit reporting agencies.
7. Defendant has continued to garnish Plaintiff's wages since receiving notice of the bankruptcy filing.
8. Continuation of the garnishment is a violation of 11 USC 362(a).
9. Pursuant to 11 USC 362(k), Plaintiff is entitled to recover actual damages, including costs and attorney's fees, and punitive damages.

**WHEREFORE**, in view of the above, Debtor respectfully requests an Order directing Defendant, Credit Adjustments, Inc., to return all of the funds garnished post-petition, for costs and attorney's fees of $2000 and for punitive damages of $5000.

                                             Respectfully Submitted,

                                             /s/Benjamin A. Randall (0072436)
                                             Attorney for Plaintiff

Clerk of Court

Toledo Municipal Court
555 North Erie Street
Toledo, OH 43624

Civil Branch (419) 245-1927

# Case Number: CVF-15-12370
## Party Details

| PLAINTIFF |
| --- |
| CREDIT ADJUSTMENTS INC |
| |
| Attorney: DAVID COLE |

| DEFENDANT |
| --- |
| SHERLON JONES |
| |
| Attorney: |

| RESPONDENT |
| --- |
| AOA PRODUCTS |
| |
| Attorney: |

## Disbursement Details

| Date | Disbursement Type | Check Number | Amount |
| --- | --- | --- | --- |
| 02/11/2016 | Money Judgment DAVID A COLE | 192102 | $151.61 |
| 02/25/2016 | Money Judgment DAVID A COLE | 192265 | $151.11 |
| 03/10/2016 | Money Judgment DAVID A COLE | 192439 | $167.44 |
| 03/28/2016 | Money Judgment DAVID A COLE | 192622 | $121.76 |
| 04/12/2016 | Money Judgment DAVID A COLE | 192800 | $172.89 |
| 04/26/2016 | Money Judgment DAVID A COLE | 192959 | $155.16 |
| 04/26/2016 | Money Judgment DAVID A COLE | 192959 | $151.07 |
| 05/26/2016 | Money Judgment DAVID A COLE | 193280 | $157.18 |
| 06/13/2016 | Money Judgment DAVID A COLE | 193428 | $145.70 |
| 06/27/2016 | Money Judgment DAVID A COLE | 193594 | $33.24 |
| 07/13/2016 | Money Judgment DAVID A COLE | 193765 | $74.29 |
| 08/11/2016 | Money Judgment DAVID A COLE | 194092 | $135.58 |
| 08/25/2016 | Money Judgment DAVID A COLE | 194255 | $98.29 |

## Journal Details

| Date | Activity Record |
|---|---|
| 08/14/2015 | Complaint filed against defendant(s) SHERLON JONES to recover $2,745.77 due ON ACCOUNT with interest at 3.00%. MILITARY AFFIDAVIT FILED. Clerk entry |
| 08/24/2015 | Summons issued with a copy of the complaint by certified mail to defendant, SHERLON JONES at 5001 SOUTH AVE LOT 244 TOLEDO, OH 43615-0000 with Tracking Number: 7196 9003 2420 0268 7765. Clerk entry |
| 09/16/2015 | As To SHERLON JONES, sent to: 5001 SOUTH AVE LOT 244 TOLEDO, OH 43615 Certified Mail service Return Receipt Signed. See Green Card. Clerk entry |
| 10/23/2015 | As to SHERLON JONES, MOTION FOR DEFAULT JUDGMENT FILED. JUDGMENT ENTRY TENDERED. Clerk entry |
| 10/23/2015 | As to SHERLON JONES, affidavit filed. Clerk entry |
| 11/11/2015 | As to SHERLON JONES, MOTION DEFAULT JUDGMENT GRANTED. SEE JUDGMENT ENTRY. JUDGE CONNELLY JR |
| 11/18/2015 | As to SHERLON JONES, Motion for default judgment granted. Judgment Entry Filed. JUDGE CONNELLY JR |
| 11/18/2015 | As to SHERLON JONES, the clerk is hereby directed to serve all parties NOT IN DEFAULT IN THE JUDGMENT ENTRY, notice of the judgment and it's date of entry on the journal. JUDGE CONNELLY JR |
| 11/18/2015 | FINAL AND APPEALABLE NOTICE forms printed and forwarded for service by ordinary mail to: DAVID A COLE, 1 SEAGATE SUITE 1645, TOLEDO, OH 43604, Printed on 11/18/2015 10:48 by user PIETROWSKI,LORRAINE on station 104. Clerk entry |
| 12/16/2015 | As to SHERLON JONES, aid of Execution filed naming respondent AOA PRODUCTS 3711 KING RD TOLEDO, OH 43617 ISSUED BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED. Clerk entry |
| 12/21/2015 | As to SHERLON JONES, Personal identifiers form filed. Clerk entry |
| 01/04/2016 | As To SHERLON JONES, WAGE GARN sent to: AOA PRODUCTS 3711 KING RD TOLEDO, OH 43617 Certified Mail service Return Receipt Signed. See Green Card. Clerk entry |
| 01/20/2016 | As to SHERLON JONES, $151.61 received in court from AOA PRODUCTS and applied to Judgment. Clerk entry |
| 02/08/2016 | As to SHERLON JONES, $151.11 received in court from AOA PRODUCTS and applied to Judgment. Clerk entry |
| 02/23/2016 | As to SHERLON JONES, $167.44 received in court from AOA PRODUCTS and applied to Judgment. Clerk entry |
| 03/04/2016 | Garnishment payment of $121.76 received from AOA PRODUCTS for Judgment Debtor SHERLON JONES Clerk entry |
| 03/18/2016 | Garnishment payment of $172.89 received from AOA PRODUCTS for Judgment Debtor SHERLON JONES Clerk entry |
| 04/01/2016 | Garnishment payment of $151.07 received from AOA PRODUCTS for Judgment Debtor SHERLON JONES Clerk entry |
| 04/15/2016 | Garnishment payment of $155.16 received from AOA PRODUCTS for Judgment Debtor SHERLON JONES Clerk entry |
| 05/02/2016 | Garnishment payment of $157.18 received from AOA PRODUCTS for Judgment Debtor SHERLON JONES Clerk entry |
| 05/31/2016 | Garnishment payment of $145.70 received from AOA PRODUCTS for Judgment Debtor SHERLON JONES Clerk entry |
| 06/14/2016 | Garnishment payment of $33.24 received from AOA PRODUCTS for Judgment Debtor SHERLON JONES Clerk entry |
| 06/23/2016 | Garnishment payment of $74.29 received from AOA PRODUCTS for Judgment Debtor SHERLON JONES Clerk entry |
| 07/25/2016 | Garnishment payment of $135.58 received from AOA PRODUCTS for Judgment Debtor SHERLON JONES $135.58 applied to judgment. Clerk entry |
| 08/05/2016 | Garnishment payment of $98.29 received from AOA PRODUCTS for Judgment Debtor SHERLON JONES $98.29 applied to judgment. Clerk entry |
| 08/18/2016 | Garnishment payment of $124.52 received from AOA PRODUCTS for Judgment Debtor SHERLON JONES $124.52 applied to judgment. Clerk entry |
| 09/02/2016 | Garnishment payment of $121.11 received from AOA PRODUCTS for Judgment Debtor SHERLON JONES $121.11 applied to judgment. Clerk entry |

## Suit Amount

Suit Amount: $2,745.77
Total Court Costs: $158.00